IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GARY EVANS,** | : CIVIL ACTION NO. 1:20-CV-872 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **JOSEPH LYONS, JR.,** *et al.*, | : |
| **Defendants** | : |

# ORDER

AND NOW, this 13th day of October, 2020, upon consideration of the report (Doc. 5) of Magistrate Judge William I. Arbuckle, recommending that the court dismiss the above-captioned civil action without prejudice for failure to file a revised motion for leave to proceed *in forma pauperis* or pay the requisite filing fees, and it appearing that plaintiff has not objected to the report, see FED. R. CIV. P. 72(b)(2), and the court noting that failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, a district court should afford "reasoned consideration" to the uncontested portions of the report, E.E.O.C. v. City of Long Branch, 866 F.3d 93, 100 (3d Cir. 2017) (quoting Henderson, 812 F.2d at 879), in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory committee notes, and, following an independent review of the record, the court agreeing with Judge

Arbuckle's analysis and recommendation, and concluding that there is no clear error on the face of the record, it is hereby ORDERED that:

1. The report (Doc. 5) of Magistrate Judge Arbuckle is ADOPTED.

2. Plaintiff's complaint (Doc. 1) is DISMISSED without prejudice for failure to file a revised motion to proceed *in forma pauperis* or pay the requisite filing fees.

3. The Clerk of Court shall CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania